**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARK F. BAILEY, et al.,

        Plaintiffs,

vs.                                     Case No. 3:10-cv-422-J-32JRK

ERG ENTERPRISES, LP, et al.,

        Defendants.

_____

## ORDER

This case is before the Court on Defendants' Motion to Stay Discovery (Doc. 40). The Court finds that Defendants have not shown good cause to stay discovery or that such a stay would be reasonable, nor is the Court convinced that the entire case would be disposed of if the pending motions to dismiss (Docs. 8, 23) are granted. See Feldman v. Flood, 176 F.R.D. 651, 652-53 (M.D. Fla. 1997). Accordingly, it is hereby

**ORDERED**:

Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss (Doc. 40) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jmm.
Copies:
counsel of record